```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-97-03-JEC-GGB |
| JOHN A. WHEELER, | |
| Defendant. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [56] recommending accepting defendant's plea of guilty tendered on January 10, 2014. No objections to the Report and Recommendation [56] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [56] and **ACCEPTS** the defendant's plea of guilty as to Count Twelve of the Indictment.

SO ORDERED this 23rd day of May, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)